UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

MARY GREINER,
    Plaintiff,

vs.

    Case No. 2:17-CV-13244-MAG-DRG
    Hon. Mark A. Goldsmith
    Mag. J.: David R. Grand

TRANS UNION, LLC et al,
    Defendants.
_____

## STIPULATION TO DISMISS CASE AGAINST DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC ONLY WITH PREJUDICE AND WITHOUT FEES OR COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant Portfolio Recovery Associates LLC, only with prejudice and without attorney's fees or costs to either party.

| | |
|---|---|
| /s/ Gary D. Nitzkin | /s/ Avanti D. Bakane  w/permission |
| Gary D. Nitzkin (P41155) | Avanti D. Bakane, IL # 6299022 |
| Attorney for Plaintiff | Attorney for Defendant |
| 22142 West Nine Mile Road | One North Franklin, Ste. 800 |
| Southfield, Michigan 48034 | Chicago, IL 60606 |
| (248) 353-2882 | (312) 619-4922 |
| gary@crlam.com | Abakane@grsm.com |

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

MARY GREINER,

    Plaintiff,

Case No: 2:17-cv-13244-MAG-DRG

Judge Mark A. Goldsmith
Magistrate Judge David R. Grand

vs.

TRANS UNION, LLC et al,

    Defendant.
_____

### ORDER OF DISMISSAL
### WITH PREJUDICE AND WITHOUT FEES OR COSTS AS TO
### DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC ONLY

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action against Defendant Portfolio Recovery Associates, LLC, only, is hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Defendant Portfolio Recovery Associates, LLC as a party in this action and remove its attorneys of record from receiving ECF Notifications.

SO ORDERED.

Dated:  January 4, 2018           s/Mark A. Goldsmith
Detroit, Michigan                 MARK A. GOLDSMITH
                                      United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 4, 2018.

                                        s/Karri Sandusky
                                        Case Manager