# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN (DETROIT)

| | |
|---|---|
| MARY GREINER,<br>            Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC, a Delaware limited liability company and PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company;<br>            Defendants. | CASE NO. 2:17-cv-13244-MAG-DRG<br><br>Judge Mark A. Goldsmith<br>Magistrate Judge David R. Grand |

_____

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC

_____

Plaintiff Mary Greiner, by counsel, and Defendant Trans Union, LLC, by counsel, having agreed to the entry of this Stipulation And Order Of Dismissal With Prejudice dismissing all claims of Plaintiff Mary Greiner against Defendant Trans Union, LLC, with prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Mary Greiner against Defendant Trans Union, LLC are dismissed, with prejudice, and this matter shall therefore be closed.  Plaintiff and Trans Union, LLC shall each bear their own costs and attorneys' fees.

SO ORDERED.

Dated:  January 11, 2018          s/Mark A. Goldsmith
Detroit, Michigan                 MARK A. GOLDSMITH
                                  United States District Judge

**I consent to the entry of this order**:

Date: January 11, 2018     /s/Mark A. Linton (w/ consent)
                           Gary D. Nitzkin, Esq.
                           Mark A. Linton
                           Credit Repair Lawyers of America
                           22142 West Nine Mile Road
                           Southfield, MI  48033
                           Telephone:  248-353-2882
                           Fax:  248-213-6397
                           E-Mail:  gnitzkin@creditor-law.com
                                    mark@crlam.com

                           *Counsel for Plaintiff Mary Greiner*

Date: January 11, 2018     /s/William M. Huse
                           Andrew M. Lehmann, Esq.  (IN #31151-06)
                           William M. Huse, Esq. (IN #31622-49)
                           Schuckit & Associates, P.C.
                           4545 Northwestern Drive
                           Zionsville, IN  46077
                           Telephone:  317-363-2400
                           Fax:  317-363-2257
                           E-Mail:  alehmann@schuckitlaw.com
                           E-Mail:  whuse@schuckitlaw.com

                           *Counsel for Trans Union, LLC*

                           Brian A. Nettleingham, Esq. (MI #P58966)
                           Maddin, Hauser, Wartell, Roth
                           & Heller, P.C.
                           28400 Northwestern Hwy., 3rd Floor
                           Southfield, MI 48034
                           Telephone: 248-359-7503
                           E-Mail:  ban@maddinhauser.com

                           *Local Counsel for Defendant Trans Union, LLC*

## LOCAL RULE CERTIFICATION

I, William M. Huse, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the tops, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller that 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts).  I also certify that it is the appropriate length.  Local Rule 7.1(d)(3).

        Respectfully submitted,

        *s/ William M. Huse*
        Andrew M. Lehmann, Esq.  (IN #31151-06)
        William M. Huse, Esq. (IN #31622-49)
        Schuckit & Associates, P.C.
        4545 Northwestern Drive
        Zionsville, IN  46077
        Telephone:  317-363-2400
        Fax:  317-363-2257
        E-Mail:  alehmann@schuckitlaw.com
        E-Mail:  whuse@schuckitlaw.com

        *Counsel for Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

| | |
|---|---|
| MARY GREINER,<br>   Plaintiff,<br><br>  vs.<br><br>TRANS UNION, LLC, a Delaware<br>limited liability company and<br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC, a foreign<br>limited liability company;<br>   Defendants. | CASE NO. 2:17-cv-13244-MAG-DRG<br><br>Judge Mark A. Goldsmith<br>Magistrate Judge David R. Grand |

_____

## CERTIFICATE OF SERVICE
_____

  I, William M. Huse, hereby certify that on the **11th day of January, 2018**, I electronically submitted the foregoing using the ECF system and a copy of the same was sent via e-mail to the following counsel of record:

| | |
|---|---|
| Gary D. Nitzkin, Esq.<br>gary@micreditlawyer.com | Avanti D. Bakane, Esq.<br>abakane@grsm.com |
| Mark A. Linton, Esq.<br>mark@crlam.com | |

  I further certify that on the **11th day of January, 2018**, a copy of the foregoing was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| | |
|---|---|
| None. | |

Respectfully submitted,

*s/William M. Huse*
Andrew M. Lehmann, Esq.  (IN #31151-06)
William M. Huse, Esq. (IN #31622-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail: alehmann@schuckitlaw.com
E-Mail: whuse@schuckitlaw.com

*Counsel for Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 11, 2018.

s/Karri Sandusky
Case Manager